THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JENNIFER HARBERS,
for Herself, as a Private Attorney
General, and/or On Behalf Of All
Others Similarly Situated,

               Plaintiff,

   v.

EDDIE BAUER LLC,
and DOES 1-20, inclusive,

            Defendants.

No. 2:19-cv-00968-JLR

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER RESOLVING
DEFENDANT'S MOTION
TO STAY DISCOVERY (DKT. 26)

NOTE ON MOTION CALENDAR:
MONDAY, SEPTEMBER 23, 2019

HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

1

## STIPULATION

2      WHEREAS, on July 23, 2019, this Court entered a Rule 16(b) And Rule 23(d)(2)

3   Scheduling Order Regarding Class Certification Motion (Dkt. 19) which, among other things,

4   set a deadline for Plaintiff Jennifer Harbers to complete discovery on class certification on or

5   by November 18, 2019, and set a deadline for Plaintiff Harbers to file a motion for class

6   certification on or by December 18, 2019;

7      WHEREAS, on July 4, 2019, Plaintiff Harbers filed a Motion To Remand this action

8   back to the King County Superior Court (Dkt. 13), a motion which has been fully briefed by the

9   parties and which is pending;

10     WHEREAS, the Plaintiff's Motion To Remand argues that this federal district court

11  lacks subject matter jurisdiction over Plaintiff's claims because Plaintiff's operative First

12  Amended Complaint does not allege a sufficiently concrete injury-in-fact to confer Article III

13  standing;

14     WHEREAS, on June 28, 2019, Defendant Eddie Bauer, LLC ("Eddie Bauer") filed its

15  Motion To Dismiss First Amended Complaint for failure to state a claim (Dkt. 11), with further

16  briefing being suspended by stipulated order (Dkt. 15) until after the disposition of Plaintiff's

17  Motion To Remand;

18     WHEREAS, on September 16, 2019, Eddie Bauer filed and served its Motion To Stay

19  Discovery (Dkt. 26), which asks the Court to stay discovery until the ruling upon Plaintiff's

20  Motion To Remand on the grounds that district courts within the Ninth Circuit have held that a

21  stay of discovery is appropriate while a plaintiff is challenging the Court's jurisdiction (Motion

22  To Stay Discovery, Dkt. 26, pp. 3:5-4:9);

23     WHEREAS, after a review of the legal authorities cited by Eddie Bauer, Plaintiff

24  Harbers concludes that she does not have an objection to a limited stay of all discovery and that

25  it would not be a good use of judicial resources for this Court to adjudicate Eddie Bauer's

26  Motion To Stay Discovery (Dkt. 26)—provided that Plaintiff's deadlines to complete class

27  certification discovery and to file a motion for class certification are continued for a period of

28  time equal to the period of the discovery stay;

HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

1    NOW, THEREFORE, Plaintiff Jennifer Harbers ("Harbers") and Defendant Eddie

2    Bauer, LLC ("Eddie Bauer") hereby STIPULATE and AGREE as follows:

3         1.    All discovery in this civil action should be suspended from the day of the

4    Court's granting of this Stipulated Motion to and through the day of the Court's entry of the

5    later of an order adjudicating Plaintiff's Motion To Remand (Dkt. 13) or an order adjudicating

6    Defendant's Motion To Dismiss (Dkt. 11) (the "Period of Stay"), with this stay of discovery

7    being lifted upon this Court's entry ~~of the later~~ of an order adjudicating Plaintiff's Motion To        ⟨ *ewr*

8    Remand (Dkt. 13) ~~or an order adjudicating Defendant's Motion To Dismiss (Dkt. 11)~~.        ⟨*wR*

9         2.    The deadlines of November 18, 2019 (to complete class certification discovery),

10   and December 18, 2019 (to file a motion for class certification), as stated in the Rule 16(b) And

11   Rule 23(d)(2) Scheduling Order Regarding Class Certification Motion (Dkt. 19), should be

12   amended and continued by the number of calendar days in the Period of Stay.

13        3.    ~~The Court should vacate the noting date for~~ Eddie Bauer's Motion To Stay        ⟨*wR*

14   Discovery (Dkt. 26)~~.~~ **is DENIED as moot.**

15

16   DATE: September 23, 2019

17

18   Respectfully submitted,                          Respectfully submitted,

19   SEED IP Law Group LLP                            HATTIS & LUKACS

20   by: */s/ Marc C. Levy*                           by: */s/ Daniel M. Hattis*
21   Marc C. Levy, WSBA No. 19203                     Daniel M. Hattis, WSBA 50428
     Thomas A. Shewmake, WSBA No. 50765              Paul Karl Lukacs (admitted *pro hac vice*)
22   701 Fifth Avenue, Suite 5400                     Che Corrington, WSBA No. 54241
     Seattle, WA 98104                                400 108th Avenue NE, Suite 500
23   Telephone: 206-622-4900                          Bellevue, WA 98004
     Facsimile: 206-682-6031                          Telephone: 425-233-8628
24   marcl@seedip.com                                 Facsimile: 425-412-7171
25   tomshewmake@seedip.com                           che@hattislaw.com
                                                      dan@hattislaw.com
26   STEPTOE & JOHNSON LLP                            pkl@hattislaw.com
     Stephanie A. Sheridan (admitted *pro hac vice*)
27   Anthony J. Anscombe (admitted *pro hac vice*)    *Attorney for*
28   Meegan B. Brooks (admitted *pro hac vice*)       *Plaintiff Jennifer Harbers*

1  One Market Street
   Steuart Tower, Suite 1800
2  San Francisco, CA 94105
3  Telephone: 415-365-6700
   Facsimile: 415-365-6699
4  ssheridan@steptoe.com
   aanscombe@steptoe.com
5  mbrooks@steptoe.com

6
   *Attorneys for*
7  *Defendant Eddie Bauer, LLC*

8

9                              **ORDER**

10         IT IS SO ORDERED.

11

12

13

14
        October
15  DATED: ~~September~~  1 , 2019

16                              HON. JAMES L. ROBART
                                Judge, U.S. District Court
17                               for the Western District of Washington

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION FOR ORDER
RESOLVING DEFENDANT'S
MOTION TO STAY DISCOVERY - 4

*and the Proposed Class*

1

## **CERTIFICATE OF SERVICE**

2   The undersigned certifies under penalty of perjury under the laws of the State of

3 Washington and the United States of America that on the 23rd day of September, 2019, the

4 document attached hereto was filed with the Clerk of the Court using the CM/ECF system which

5 will send notification of such filing to all counsel of record in the matter.

6

7   DATED this 23rd day of September, 2019.

8

9         */s/ Che Corrington*
          Che Corrington, WSBA No. 54241

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION FOR ORDER
RESOLVING DEFENDANT'S
MOTION TO STAY DISCOVERY - 5

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com